**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARILYN MARGULIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:26-cv-00910-JMD |
| | ) | |
| LIGHT ON MARKETING, LLC, | ) | |
| WILLIAM JAMES WILSON III, | ) | |
| VANESSA RAE WILSON, | ) | |
| RICHARD BARRY FOLK, JR., and | ) | |
| JOHN DOES 1–15, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ALTERNATE COUNSEL**

Notice is hereby given by the undersigned that he has been in contact with Defendant Light On Marketing, LLC, and that Defendant has selected new counsel and is in the process of obtaining *pro hac* representation to handle the matter.

/s/ Patrick D. Murphy
Patrick D. Murphy
MO State Bar No. 52890
Lewis Brisbois Bisgaard & Smith LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
816.299.4244

*Attorneys for Defendant Light On Marketing, LLC*